**JS-6**

# United States District Court
# Central District of California

MYCOSKIE, LLC,

    Plaintiff,

  v.

EBUYS, INC., doing business as SHOE METRO; and DOES 1–10, inclusive,

    Defendants.

EBUYS, INC., doing business as SHOE METRO,

    Third-Party Plaintiff,

  v.

THE JAY GROUP, LTD.; and GENCO MARKETPLACE, INC.,

    Third-Party Defendants.

Case № 2:16-cv-03259-ODW(SK)

**JUDGMENT**

In accordance with the Court's findings of fact and conclusions of law contained in its December 6, 2017, Order Granting Summary Judgment (ECF No. 118), **IT IS HEREBY ORDERED**:

1. Third-Party Plaintiff Ebuys, Inc. d/b/a Shoe Metro takes nothing;
2. Judgment in favor of Third-Party Defendant Genco Marketplace, Inc.;
3. The Clerk of the Court shall close this case.

December 6, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**